FILED: February 20, 2020

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 19-2456
(7:19-cv-00078-FL)
_____

DAVID DUNN MULLANEY; ELISE HUMPHRIES MULLANEY

        Debtors - Appellants

JOHN C. BIRCHER, III

        Trustee - Appellant

v.

BANK OF AMERICA, NATIONAL ASSOCIATION, as successor by merger to Merrill Lynch Bank, USA; CITIMORTGAGE, INC.

        Defendants - Appellees

_____

O R D E R
_____

Upon consideration of the stipulated motion to voluntarily dismiss, the court dismisses this appeal, upon such terms as have been agreed to by the parties, pursuant to Rule 42(b) of the Federal Rules of Appellate Procedure.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk